UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 29 2008

— — — — — — — — — — x

| | |
|---|---|
| CITY OF TAYLOR GENERAL EMPLOYEES RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 1:07-cv-10279-GBD |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SANOFI-AVENTIS, et al., | |
| Defendants. | |
| CARRIE SMITH, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:08-cv-00021-UA |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SANOFI-AVENTIS, et al., | |
| Defendants. | |

— — — — — — — — — — x

ORDER APPOINTING THE GLOBAL FUNDS AS LEAD PLAINTIFF AND
APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Having considered the City of Edinburgh Council on Behalf of the Lothian Pension Fund and New England Carpenters Guaranteed Annuity Fund's ("Global Funds") Motion for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel and Consolidation of Related Actions (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), the Global Funds are appointed as Lead Plaintiff for the class; and

3.      Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(v), Coughlin Stoia Geller Rudman & Robbins LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED:     **FEB 2 9 2008**

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**

S:\Cases\SD Sanofi-Aventis\ORD00048349-LP.doc

- 1 -