USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 09 2008

CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

September 8, 2008

By Facsimile

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10013

SO ORDERED
The conference is adjourned to
November 6, 2008 at 10:00 a.m.

SEP 09 2008

HON. GEORGE B. DANIELS

Re: In re sanofi-aventis Securities Litigation
    Docket # 08-cv-00021

Dear Judge Daniels,

      We are counsel for sanofi-aventis, Douglas Green, Hanspeter Spek, Jean-Claude Leroy, and Gérard Le Fur, defendants in the above-captioned case. We write at the request of your chambers to follow up on our letter of August 29, 2008, in which we wrote with the consent of all parties, to request an adjournment of the conference currently scheduled for September 10, 2008. As our August 29 letter noted, the September 10, 2008 conference was set at the first conference before this Court on February 13, 2008. Since that date, the Court entered a Stipulation Regarding Case Administration, Service and Scheduling Matters (the "Scheduling Order") providing for the filing of a motion to dismiss, and defendants have moved to dismiss the complaint. Under the terms of the Scheduling Order, briefing on defendants' motion to dismiss will not be completed until September 29, 2008. Moreover, because of the pendency of the motion to dismiss, discovery is stayed under the Private Securities Litigation Reform Act. Accordingly, we respectfully request the September 10, 2008 conference be adjourned. We are authorized to state that plaintiffs join in this request.

Honorable George B. Daniels, p. 2

        Additionally, as requested by your chambers, we write to advise the Court that if it is suitable for Your Honor, all parties are prepared to appear any day the week of November 3, 2008.

        Respectfully submitted,

        *Lewis J. Liman* (jmm)

        Lewis J. Liman

Cc: Trig Smith, Esq. (by e-mail)